UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO MARQUEUS SPEARS,

    Petitioner,

v.                                    Case No. 3:15cv285/RV/CJK

STATE OF FLORIDA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk. On June 30, 2015, the court entered an order (doc. 3) directing petitioner to submit, within thirty days: (1) the $5.00 filing fee or a complete application to proceed *in forma pauperis*, and (2) two identical service copies of his habeas petition. Petitioner was advised that a complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in his inmate trust account for the six-month period preceding the filing of his petition). Petitioner was warned that failure to comply with the order would result in dismissal of this case. Thereafter, petitioner was granted an extension of time, until September 16, 2015, in which to comply with the order (*see* doc. 6).

On August 18, 2015, petitioner filed a motion to proceed *in forma pauperis* and supporting affidavit (doc. 7), but he did not provide an account statement or service copies of his petition. Accordingly, on September 25, 2015, the court entered an order directing petitioner to show cause, within fourteen (14) days, why this case should not be dismissed for failure to comply with an order of the court. The show cause deadline has passed. Petitioner has not responded to the show cause order, or complied with the account statement and service copy requirements of the June 30, 2015 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of November, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th CIR. R. 3-1; 28 U.S.C. § 636.

*Case No: 3:15cv285/RV/CJK*